720 A.2d 1049

**Carole A. FRIENDY, Petitioner,**

v.

**MACK TRUCKS, INC., CNA Insurance Company, Respondents.**

Supreme Court of Pennsylvania.

Nov. 30, 1998.

## *ORDER*

PER CURIAM:

**AND NOW,** this 30th day of November, 1998, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is hereby REVERSED. The case is remanded to the Court of Common Pleas of Lehigh County for further consideration in light of *Shick v. Shirey,* 552 Pa. 590, 716 A.2d 1231 (1998).

Jurisdiction relinquished.